UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TERRI P. DODSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACT. NO. 1:19-cv-1004-TFM-B |
| | : | |
| BARCLAYS BANK DELAWARE, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

Pending before the Court is Defendant Barclays Bank Delaware's ("Barclays") *Consent Motion for Barclays to Participate in Evidentiary Hearing by Videoconference*. Doc. 55, filed July 15, 2020. Barclays requests the Court allow its counsel and witnesses to attend the evidentiary hearing that is scheduled for August 3, 2020, via videoconference. *Id.* In support of Barclays's motion, it states its witnesses live in Delaware; its counsel is located in Raleigh, North Carolina, and Birmingham, Alabama; and travel during the COVID-19 pandemic is unsafe. *Id.* Further, some of the involved entities have restricted their employees from traveling at this time and Plaintiff consent to Barclays's request. *Id.* The Court held a telephonic conference on the matter on July 24, 2020.

"For good cause in compelling circumstances and with appropriate safeguards, the court may permit testimony in open court by contemporaneous transmission from a different location." FED. R. CIV. P. 43(a). The Court finds Barclays has shown good cause in compelling circumstances for its counsel and witnesses to appear via videoconference at the August 3, 2020 evidentiary hearing, and its motion (Doc. 55) is hereby **GRANTED**.

Defendant is **DIRECTED** to confer with the Court's Information Technology ("IT")

department to ensure that any technological challeges are addressed prior to the August 3 hearing.

    **DONE** and **ORDERED** this 27th day of July 2020.

                                              /s/ Terry F. Moorer
                                              TERRY F. MOORER
                                              UNITED STATES DISTRICT JUDGE