# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| TERRI P. DODSON, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION NO. 1:19-cv-1004-TFM-B |
| BARCLAYS BANK DELAWARE, *et al.*, | : | |
| Defendants. | : | |

## ORDER

Pending before the Court is Plaintiff Terri P. Dodson's and Defendant Trans Union, LLC's, *Joint Motion for Dismissal, With Prejudice, as to Defendant Trans Union, LLC Only*. Doc. 63, filed September 8, 2020. Though the parties cite Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court construes the joint motion as a motion to dismiss Defendant Trans Union, LLC, pursuant to Fed. R. Civ. P. 41(a)(2).[1]

Upon consideration of the joint motion (Doc. 63), it is **ORDERED** it is **GRANTED**, and

---

[1] A request to dismiss an action requires a court order and dismissal by terms the court considers "proper" if Fed. R. Civ. P. 41(a)(1) does not apply. FED. R. CIV. P. 41(a)(2). Fed. R. Civ. P. 41(a)(1)(A) allows for dismissal without a court order: (i) before the opposing party serves either an answer or a motion for summary judgment; or (ii) if the joint stipulation of dismissal is signed by all of the parties who have appeared. This matter involves multiple parties and Plaintiff requests the Court dismiss only one (1) of the named defendants, and the joint motion is not signed by all of the served parties. Thus, the Court finds it proper to construe Plaintiff's joint motion as a motion to dismiss Defendant Trans Union, LLC, pursuant to Fed. R. Civ. P. 41(a)(2). A plaintiff may dismiss all claims against a defendant under Fed. R. Civ. P. 41 even if there are other defendants in the case. *Klay v. United Healthgroup, Inc.*, 376 F.3d 1092, 1106 (11th Cir. 2004) ("[Fed. R. Civ. P.] 41 allows a plaintiff to dismiss all of his claims against a particular defendant . . . ."); *see also Plain Growers, Inc. ex rel. Florists' Mut. Ins. Co. v. Ickes-Braun Glasshouses, Inc.*, 474 F.2d 250, 254 (5th Cir. 1973) ("There is little merit in the argument that the court could not dismiss the action as to less than all defendants upon motion [under (a)(2)] . . . ."); *Bonner v. City of Prichard, Ala.*, 661 F.2d 1206, 1209 (11th Cir. 1981) (*en banc*).

all of Plaintiff's claims against Defendant Trans Union, LLC, are **DISMISSED with prejudice**, with each party to bear their own costs.

    **DONE** and **ORDERED** this the 9th day of September 2020.

                                    s/Terry F. Moorer
                                    TERRY F. MOORER
                                    UNITED STATES DISTRICT JUDGE